14580.   HOLMES, *alias* HENDERSON, *v.* THE STATE.

BROYLES, C. J. It affirmatively appearing from the bill of exceptions that it was not tendered to the judge within twenty days from the date of the judgment overruling the motion for a new trial, this court is without jurisdiction to entertain the bill of exceptions.

> *Writ of error dismissed. Luke and Bloodworth, JJ., concur.*
>
> DECIDED JULY 10, 1923.

Indictment for burglary; from Chatham superior court — Judge Meldrim. January 8, 1923.

*H. P. Cobb, M. L. Cherkas,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.